| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brynna Ilima Johansen** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–7173** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Minnesota** <br> Case number:    **19–30787 – KAC** | | Date case filed for chapter  **7   3/18/19** |
| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options**: | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brynna Ilima Johansen | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3214 Monterey Ave <br> Vadnais Heights, MN 55127 | |
| 4. | **Debtor's attorney** <br> Name and address | Andrew C. Walker <br> Walker & Walker Law Offices PLLC <br> 4356 Nicollet Ave S <br> Minneapolis, MN 55409 | Contact phone: 612–824–4357 <br> Email: curtwalkerbky@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John A. Hedback <br> 2855 Anthony Ln S <br> Ste 201 <br> St Anthony, MN 55418 | Contact phone: 612 436–3280 <br> Email: HedbackTrustee@hac–mnlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 Warren E Burger Federal Building and US Courthouse <br> 316 N Robert St <br> St Paul, MN 55101 | Hours open: Monday – Friday: 8:00am – 5:00pm <br><br> Contact phone: 651–848–1000 <br><br> Web address: www.mnb.uscourts.gov <br><br> Date: 3/19/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 18, 2019 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **U S Courthouse Rm 402, 316 N Robert St, St. Paul, MN 55101** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 6/17/19** <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:** <br> Credit Counseling and Debtor Education Information can be found at <br> http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 6/17/19** |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                                 District of Minnesota
In re:                                                       Case No. 19-30787-KAC
Brynna Ilima Johansen                                        Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0864-3          User: barbie                 Page 1 of 2                   Date Rcvd: Mar 19, 2019
                              Form ID: 309A                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db             +Brynna Ilima Johansen,    3214 Monterey Ave,    Vadnais Heights, MN 55127-5003
smg            +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62200340       +Avant Compliance Department,    222 N Lasalle Street Suite 1700,    Chicago, IL 60601-1101
62200342       +Certified Recovery Inc,    PO Box 808,   Eau Claire WI 54702-0808
62200346       +Kris,   Unise,   3214 Monterey Ave,    Vadnais Heights, MN 55127-5003
62200349       +Messerli & Kramer,    3033 Campus Drive Suite 250,    Plymouth MN 55441-2662
62200350       +Meyer Njus Tanick PA,    330 2nd Ave S STE 350,    Minneapolis, MN 55401-2212
62200352       +Rausch Sturm,    3209 W. 76th St, Suite 301,    Minneapolis, MN 55435-5246
62200357        Twin Cities Anesthesia Associates,     SDS 12 2673,   PO Box 86,    Minneapolis, MN 55486-2673
62200358       +Velocity Investments LLC,    PO Box 788,   Wall New Jersey 07719-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: curtwalkerbky@gmail.com Mar 19 2019 22:32:29     Andrew C. Walker,
                 Walker & Walker Law Offices PLLC,    4356 Nicollet Ave S,   Minneapolis, MN 55409
tr             +EDI: QJAHEDBACK.COM Mar 20 2019 02:33:00     John A. Hedback,    2855 Anthony Ln S,   Ste 201,
                 St Anthony, MN 55418-2637
smg            +EDI: MINNDEPREV.COM Mar 20 2019 02:33:00      Minnesota Department of Revenue,
                 Bankruptcy Section,   PO BOX 64447,    St Paul, MN 55164-0447
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Mar 19 2019 22:32:36     US Trustee,
                 1015 US Courthouse,   300 S 4th St,    Minneapolis, MN 55415-3070
62200339       +E-mail/Text: reliancesupport@arsprofessionals.com Mar 19 2019 22:32:32
                 Accounts Receiveable Services,    6160 Summit Dr,   Suite 420,    Minneapolis MN 55430-2149
62200341        EDI: CAPITALONE.COM Mar 20 2019 02:33:00     Capital One Bank (USA), N.A.,    PO Box 6492,
                 Carol Stream, IL 60197-6492
62200343       +EDI: CHASE.COM Mar 20 2019 02:33:00     Chase,   PO Box 15298,    Wilmington DE 19850-5298
62200344       +E-mail/Text: rashna.patnaik@indecomm.net Mar 19 2019 22:33:07     Ditech Financial LLC,
                 c/o Indecomm Global Services,    1260 Energy Lane,   St. Paul, MN 55108-5225
62200345        EDI: IRS.COM Mar 20 2019 02:33:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
62200348       +EDI: RESURGENT.COM Mar 20 2019 02:33:00     LVNV Funding LLC,    PO Box 10497,
                 Greenville SC 29603-0497
62200347       +E-mail/Text: bk@lendingclub.com Mar 19 2019 22:32:57     Lending Club,    71 Stevenson, Ste 300,
                 San Francisco, CA 94105-2985
62200351       +EDI: MINNDEPREV.COM Mar 20 2019 02:33:00      Minnesota Department of Revenue,
                 551 Bkcy Section,   PO Box 64447,    St Paul MN 55164-0447
62200353        E-mail/Text: bkdepartment@rtresolutions.com Mar 19 2019 22:32:52     Real Time Resolutions Inc,
                 1750 Regal Row #120,    PO Box 36655,   Dallas, TX 75235
62200354        E-mail/Text: reliancesupport@arsprofessionals.com Mar 19 2019 22:32:32     Reliance Recoveries,
                 PO Box 29227,   Minneapolis, MN 55429
62200355        EDI: RMSC.COM Mar 20 2019 02:33:00     Synchrony Bank,   PO Box 965061,    Orlando FL 32896-5061
62200356        EDI: TFSR.COM Mar 20 2019 02:33:00     Toyota Financial Services,    Attn: Bankruptcy Dept,
                 PO Box 8026,   Cedar Rapids IA  52408 8026
62200359       +EDI: BLUESTEM Mar 20 2019 02:33:00     WebBank,   215 S State St STE 1000,
                 Salt Lake City, UT 84111-2336
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +US Trustee,   1015 US Courthouse,    300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0864-3          User: barbie              Page 2 of 2            Date Rcvd: Mar 19, 2019
                              Form ID: 309A             Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Andrew C. Walker    on behalf of Debtor 1 Brynna Ilima Johansen curtwalkerbky@gmail.com,
               notices@bankruptcytruth.com
              John A. Hedback    jhedback@ecf.axosfs.com,    ladamson@hac-mnlaw.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                            TOTAL: 3
```